1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7    STEVEN DEPASQUALE and JAYNE          Case No.:   2:15-CV-01129-RCJ-GWF
     DIMA,
8
              Plaintiffs,
9
         vs.                                         **ORDER SETTING HEARING**
10   MARK L. BUTHER, *et al.,*
11            Defendants.
12   _____

13   **ORDER IN CHAMBERS**

14       On June 24, 2015, Defendant Tyson Foods, Inc. filed a Motion to Transfer Venue (ECF #5) in

15   this action.  Accordingly,

16       IT IS HEREBY ORDERED that ORAL ARGUMENT  is set for 10:00 A.M.  Friday, January

17   15, 2016,  in LAS VEGAS COURTROOM TBD, before Judge Robert C. Jones.

18       IT IS SO ORDERED this 8th day of December, 2015.

19

20

21   _____
     ROBERT C. JONES
     District Judge
22

23
24
25
26
27
28